UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DELAINA D. REID,<br><br>        Defendant. | No. CR-08-0173-RHW-10<br><br>Order Granting Motion to Quash Warrant and Issue Summons |

Upon Motion by Plaintiff, United States of America, to quash the warrant on the Defendant and issue a summons,

**IT IS ORDERED** that the warrant be quashed and a summons be issued for the Defendant.

DATED March 18, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

Order to Quash Warrant and Issue Summons - 1
08cr173rhw10-3-18.wpd