UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DELAINA D. REID,<br><br>        Defendant. | No. CR-08-173-RHW-10<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE |

**IT IS ORDERED** that Defendant's conditions of release are modified as follows:

1. Defendant shall refrain from the use of alcohol and there shall no alcohol in the residence where Defendant resides.

2. **If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication

ORDER MODIFYING CONDITIONS OF RELEASE  - 1

1 | between the court, Pretrial Services, and any treatment vendor.
2 | DATED April 29, 2009.

```
                          S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE
```

ORDER MODIFYING CONDITIONS OF RELEASE  - 2